SOPHIE GORDON, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant; MEYER GORDON, HARRY GORDON, HENRIETTA HERZFELD and IDA DAVIDSON, Respondents.— In an action for reformation of a life insurance policy and to declare plaintiff to be the owner of the proceeds thereof, instead of the stated beneficiaries, order and judgment entered thereon dismissing the complaint upon the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

LENA GREENFEDER, Respondent, v. NEWS SYNDICATE Co., INC., Appellant.— In an action for libel, order granting plaintiff's motion to strike out the first and third defenses contained in the answer affirmed, with ten dollars costs and disbursements, and with leave to defendant to serve an amended answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

In the Matter of the Opening and Extending of GRAND AVENUE from Steinway Avenue to Old Bowery Bay Road, in the First Ward, Borough of Queens. Petition of RAY W. McMULLEN and BENJAMIN H. MEAD, as Conservators of KATHERINE Q. CABOT, for Payment of an Award to Damage Parcels 136 and 145. RAY W. McMULLEN and BENJAMIN H. MEAD, as Conservators of KATHERINE Q. CABOT, Appellants; CITY OF NEW YORK, Respondent.—As to parcel 145, the appeal is from an order denying a motion to pay petitioners an award made in condemnation proceedings in 1910 to an unknown owner, and as to parcel 136, denying that motion and also a motion to vacate an order dated June 10, 1912, directing, after a contest in which the petitioners participated, the payment of the award to a third party. As to parcel 136, order affirmed, with ten dollars costs and disbursements. As to parcel 145, order reversed on the law, without costs, and without prejudice to the petitioners' proceeding to establish the claim as provided in section 981 of the Greater New York Charter. Lazansky, P. J., Young, Davis, Johnston and Abel, JJ., concur.

In the Matter of the Application of DORA L. SHAPIRO, Appellant, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order denying motion for a peremptory mandamus order directing the board of education of the city of New York to reinstate the petitioner as a teacher after she had resigned from that position, and order granting a reargument and on reargument adhering to the original determination, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE YONKERS RAILROAD COMPANY for an Order of Mandamus Directed to THE CITY OF YONKERS and EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers. THE YONKERS RAILROAD COMPANY, Respondent; THE CITY OF YONKERS and EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, Appellants.— Peremptory order of mandamus, entered upon a verdict of a jury, directing the appellants to issue forthwith to the respondent a permit to open the pavement on New Main street for the purpose of laying rails, and which denies the motion for a new trial, unanimously affirmed, with costs. The evidence amply supports the findings of the jury. The claims of errors by the trial court are without merit. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.